**JUDGE HOLWELL**

MARC A. LIEBERSTEIN (ML 7116)
JOHN L. DAUER, JR. (JD 1763)
T. DAVID BOMZER (TB 7499)
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 297-5800
ATTORNEYS FOR
PLAINTIFF PIXFUSION LLC

**08 CV 4223**



RECEIVED
MAY 02 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion LLC,                  :

        Plaintiff,       :

v.                              :    **RULE 7.1 STATEMENT**

MushyGushy.com, LLC,            :

        Defendant.       :

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff PixFusion LLC (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies there are no parent corporations or any publicly held corporations that own 10% or more of PixFusion's stock.

DATED: March 2, 2008

                                    Day Pitney LLP
                                    Attorneys for Plaintiff
                                    PixFusion LLC

By: _____
                                    Marc A. Lieberstein (ML 7116)
                                    John L. Dauer, Jr. (JD 1763)
                                    T. David Bomzer (TB 7499)