Pierre R. Yanney (PY-0626)
DARBY & DARBY, P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
E-mail: pyanney@darbylaw.com

*Attorneys for Defendant-Counterclaim Plaintiff*
MushyGushy.com, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIXFUSION LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MUSHYGUSHY.COM, LLC,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:08-cv-04223-RJH (HBP)<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF MUSHYGUSHY.COM, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1(a)** |

Defendant/Counterclaim Plaintiff MushyGushy.com, LLC ("MushyGushy"), in accordance with Federal Rule of Civil Procedure 7.1(a), states as follows:

1.  MushyGushy has no parent corporation.

2.  No publicly held corporation owns 10% or more of MushyGushy's stock.

                                                             Respectfully Submitted,
                                                             DARBY & DARBY, P.C.

Dated:  May 27, 2008                                         By: s/ Pierre R. Yanney
                                                             Pierre R. Yanney (PY-0626)
                                                             DARBY & DARBY, P.C.
                                                             7 World Trade Center

250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
E-mail: pyanney@darbylaw.com
*Attorneys for Defendant-*
*Counterclaim Plaintiff*
MushyGushy.com, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant/Counterclaim Plaintiff MushyGushy.com, LLC's CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1(a) was submitted to the Court's CM/ECF system on May 27, 2008 for service through the Court's Electronic Transmission Facilities upon the following:

**John Lloyd Dauer, Jr.**
Day Pitney, L.L.P.
Times Square Tower
7 Times Square
New York, NY 10036
(212) 297-5839
Fax: (212) 916-2940
Email: jdauer@daypitney.com

**Marc Ari Lieberstein**
Day Pitney, L.L.P.
Times Square Tower
7 Times Square
New York, NY 10036
(212) 297-5800
Fax: (212) 916-2940
Email: mlieberstein@daypitney.com

**T. David Bomzer**
Day Pitney, L.L.P.
Times Square Tower
7 Times Square
New York, NY 10036
(212) 297-2477
Fax: (212) 916-2940
Email: tbomzer@daypitney.com

*Counsel for Plaintiff / Counterclaim Defendant*

s/ Pierre R. Yanney
By:  Pierre R. Yanney