MARC A. LIEBERSTEIN (ML 7116)
JOHN L. DAUER, JR. (JD 1763)
T. DAVID BOMZER (TB 7499)
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 297-5800
ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANT
PIXFUSION LLC

PIERRE R. YANNEY (PY 0626)
DARBY & DARBY, P.C.
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-0042
TEL: (212) 527-7700
ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF
MUSHYGUSHY.COM, LLC



RECEIVED JUN 17 2008 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PixFusion LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:08-04223-RJH (HBP) |
| MushyGushy.com, LLC, | : **Joint Proposed Scheduling Order** |
| Defendant. | : |

In response to the Court's Initial Scheduling Conference Notice and Order, PixFusion LLC and MushyGushy.com, LLC jointly submit herewith the following Proposed Scheduling Order:

1.  **Description of the Case**

    a.  **Identify the attorneys of record for each party, including lead trial attorney;**

    <u>PixFusion LLC</u>
    Marc A. Lieberstein (ML 7116) (Lead)
    John L. Dauer, Jr. (JD 1763)
    T. David Bomzer (TB 7499)

    <u>MushyGushy.com, LLC</u>
    Pierre R. Yanney (PY 0626) (Lead)

    b.  **State the basis for federal jurisdiction;**

    Patent infringement under 35 U.S.C. § 271 (28 U.S.C. § 1338)

    c.  **Briefly describe the claims asserted in the complaint and any counterclaims;**

    Complaint alleges MushyGushy infringes PixFusion LLC's U.S. Patent No. 6,351,265 (the "'265 patent").

    Counterclaim alleges MushyGushy does not infringe the '265 patent and some or all of the claims of the '265 patent are invalid.

    d.  **State the major legal and factual issues in the case; and**

    Whether MushyGushy infringes the '265 patent?

    Whether any of the claims of the '265 patent are invalid?

    e.  **Describe the relief sought.**

    PixFusion is seeking damages and an injunction.

    MushyGushy is seeking a declaratory judgment of patent infringement and/or patent invalidity.

2. **Proposed Case Management Plan**

    a.  **Identify all pending motions;**

    No motions are pending.

    b.  **Propose a cutoff date for joinder of additional parties;**

    August 8, 2008

    c.    **Propose a cutoff date for amendments to pleadings;**

        August 8, 2008

    d.    **Propose a schedule for completion of discovery, including:**

        i.    **A date for Rule 26(a)(1) disclosures, if not previously completed;**

            July 18, 2008

        ii.    **A fact discovery completion date;**

            December 19, 2008

        iii.    **A date for Rule 26(a)(2) disclosures; and**

            January 23, 2009

        iv.    **An expert discovery completion date, including dates for delivery of expert reports;**

            January 23, 2009 – Due date for expert reports regarding issues for which a party bears the burden of proof

            February 13, 2009 – Rebuttal expert reports due

            March 20, 2009 – Close of expert discovery

    e.    **Propose a date for filing dispositive motions;**

        April 24, 2009

    f.    **Propose a date for filing a final pretrial order; and**

        May 29, 2009

    g.    **Propose a trial schedule, indicating:**

        i.    **Whether a jury trial is requested;**

            Yes

        ii.    **The probable length of trial; and**

            5-7 days (30-42 hours)

        iii.    **When the case will be ready for trial.**

            May 29, 2009

3.  **Consent to Proceed Before a Magistrate Judge:** Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.

    No

4.  **Status of Settlement Discussions**

    a.  Indicate whether any settlement discussions have occurred;

        Yes

    b.  Describe the status of any settlement discussions; and

        Parties are presently conducting on-going negotiations.

    c.  Whether parties request a settlement conference.

        The parties request a settlement conference.

*5. A status conference will be held on 12/19/08 at 10:00 AM*

DATED: June 17, 2008

Day Pitney LLP
Attorneys for Plaintiff/Counterclaim Defendant
PixFusion LLC

By: _____
Marc A. Lieberstein (ML 7116)
John L. Dauer, Jr. (JD 1763)
T. David Bomzer (TB 7499)

Darby & Darby, P.C.
Attorneys for Defendant/Counterclaim Plaintiff
MushyGushy.com, LLC

By: _____
Pierre R. Yanney (PY 0626)

So Ordered:

_____
Richard J. Holwell
United States District Judge

6/19/08

- 4 -