

RECEIVED SEP -5 2008 CHAMBERS OF RICHARD J. HOLWELL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PixFusion LLC, | Civil Action No. 1:08-04223-RJH (HBP) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | ECF CASE |
| MushyGushy.com, LLC, | ELECTRONICALLY FILED |
| Defendant. | |

IT IS HEREBY STIPULATED, PixFusion LLC and MushyGushy.com, LLC jointly dismiss the present action with prejudice in accordance with the terms of a Settlement and License Agreement between the parties. Each party shall bear its own attorneys fees and costs.

| | |
|---|---|
| Day Pitney LLP | Darby & Darby, P.C. |
| Attorneys for Plaintiff/Counterclaim Defendant | Attorneys for Defendant/Counterclaim Plaintiff |
| PixFusion LLC | MushyGushy.com, LLC |
| August 22, 2008 | August 22, 2008 |
| By: _____ | By: _____ |
| Marc A. Lieberstein (ML-7116) | Pierre R. Yanney (PY0626) |
| John L. Dauer, Jr. (JD 1763) | |
| T. David Bomzer (TB 7499) | |

So Ordered:

_____
Richard J. Holwell
United States District Judge
9/8/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```